| AO-10 Rev. 1/2004 | FINANCIAL DISCLOSURE REPORT<br>Calendar Year 2003 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (Last name, First name, Middle initial)<br>Graham, James L | 2. Court or Organization<br>U.S. District Court, SD/OH | 3. Date of Report<br>5/24/2004 |
|---|---|---|
| 4. Title (Article III Judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U. S. District Judge - Active | 5. ReportType (check appropriate type)<br>◯ Nomination,   Date   9/26/1986<br>◯ Initial   ◉ Annual   ◯ Final | 6. Reporting Period<br>1/1/2003<br>to<br>12/31/2003 |
| 7. Chambers or Office Address<br>169 Joseph P. Kinneary U.S. Co<br>85 Marconi Boulevard<br>Columbus, Ohio 43215 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of filing instructions)

☐ **NONE** - (No reportable positions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1.   General Partner | Graham ▓▓▓ Partnership |

## II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of filing instructions)

☑ **NONE** - - (No reportable agreements.)

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |

RECEIVED 2004 JUN -3 A 11:30 FINANCIAL DISCLOSURE OFFICE

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | Graham, James L | 5/24/2004 |

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse: see pp. 17-24 of filing instructions)

### A. Filer's Non-Investment Incom

☐ **NONE** - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 10/03 | The Ohio State University - Teaching Fee | 675.00 |

### B. Spouse's Non-Investment Income - (If you were married during any portion of the reporting year, please complete this section. (dollar amount not required except for honoraria)

☑ **NONE** - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |

## IV. REIMBURSEMENTS – transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☑ **NONE** - (No such reportable reimbursements.)

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1. | | |

## V. GIFTS. (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☑ **NONE** - (No such reportable gifts.)

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |

## VI. LIABILITIES. (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☐ **NONE** - (No reportable liabilities.)

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | National City Mortgage Co. Columbus, OH | Mortgage on Rental Property - Item 2 - Part VII | L |
| 2. | Farm Credit Services of Mid-America, ACA - Louisville, KY | Mortgage on Farm Land - owned by Graham Family Partnership - Item 3 - Part VII | L |

| Name of Person Reporting | Date of Report |
|---|---|
| Graham, James L | 5/24/2004 |

## VII. INVESTMENTS and TRUSTS -- income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount Code 1 (A -H) | (2)<br>Type (e.g. div. rent. or int.) | (1)<br>Value Code 2 (J-P) | (2)<br>Value Method Code 3 (Q-W) | (1)<br>Type (e.g. buy, sell, merger, redemption) | (2)<br>Date: Month – Day | (3)<br>Value Code 2 (J-P) | (4)<br>Gain Code 1 (A-H) | (5)<br>Identity of buyer/seller (if private transaction) |
| NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 1. Apartment Buildings - Gahanna, OH | F | Rent | O | R | | | | | |
| 2. Rental Home - Dublin, OH | A | Rent | N | R | | | | | |
| 3. Graham■■■ Partnership - Farm Land ■■acres) | D | Rent | O | Q | | | | | |
| 4. HNB - Checking & Savings Accounts | B | Interest | J | T | | | | | |
| 5. Gold and Silver Coins | | None | K | T | | | | | |
| 6. The following assets are held by Merrill Lynch in account | | | | | | | | | |
| 7. of James L. Graham: | | | | | | | | | |
| 8. Merrill Lynch Bank - Money Market Fund | A | Interest | M | T | | | | | |
| 9. Managed Muny Portfolio, Inc. Closed End Fund | D | Interest | L | T | | | | | |
| 10. Ohio St. Higher EdL - 3.95% Due 05/01/03 | A | Interest | | | Matured | 05/12 | K | | |
| 11. Ohio StWtr Dev. AU Purp Tax - 5.75% Due 06/01/03 | B | Interest | | | Matured | 06/01 | K | | |
| 12. Ohio St. Water Dev. Auth. POLTB CLT - 4.65% Due 06/01/03 | A | Interest | | | Matured | 06/01 | K | | |
| 13. Columbus, OH Var. Purp - 5% Due 06/15/03 | B | Interest | | | Matured | 06/15 | L | | |
| 14. Ohio St. Common Schs Cap Facs - 5.25% Due 06/15/03 | A | Interest | | | Matured | 06/15 | K | | |
| 15. Ohio St. Bldg. Auth. Vern Riffe Ctr. - 4.5% Due 10/01/03 | A | Interest | | | Matured | 10/01 | K | | |
| 16. Southwest Loc. Sch. Dist. Oh. Ham. Cty. - 4.1% Due 12/01/05 | B | Interest | K | T | | | | | |
| 17. Lorain Ohio Swr Sys - 5.1% Due 04/01/06 | B | Interest | K | T | | | | | |

1. Income/Gain Codes: A = $1,000 or less    B = $1,001-$2,500    C = $2,501-$5,000    D = $5,001-$15,000    E = $15,001-$50,000
   (See Columns B1 and D4)  F = $50,001-$100,000  G = $100,001-$1,000,000  H1 = $1,000,001-$5,000,000  H2 = More than $5,000,000
2. Value Codes:    J = $15,000 or less    K = $15,001-$50,000    L = $50,001-$100,000    M = $100,001-$250,000
   (See Columns C1 and D3)  N = $250,000-$500,000  O = $500,001-$1,000,000  P1 = $1,000,001-$5,000,000  P2 = $5,000,001-$25,000,000
   P3 = $25,000,001-$50,000,000    P4 = $More than $50,000,000
3. Value Method Codes    Q = Appraisal    R = Cost (Real Estate Only)    S = Assessment    T = Cash/Market
   (See Column C2)    U = Book Value    V = Other    W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Graham, James L | 5/24/2004 |

## VII. INVESTMENTS and TRUSTS  -- income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 18. Ohio St. Hwy Cap Impt - 4.25% Due 05/01/06 | A | Interest | K | T | | | | | |
| 19. Franklin Cty, OH Riverside Meth Hosp - 5.6% Due 05/15/06 | C | Interest | L | T | | | | | |
| 20. Ohio HSG Res Mtg Rev - 4.9% Due 09/01/06 | B | Interest | K | T | | | | | |
| 21. Ohio HSG Res Mtg Rev - 4.9% Due 09/01/06 | A | Interest | | | Redemption | 11/06 | J | | |
| 22. Ohio HSG Res Mtg Rev - 3.45% Due 09/01/06 | B | Interest | L | T | | | | | |
| 23. Ohio HSG Res Mtg Rev - 3.45% Due 09/01/06 | A | Interest | | | Redemption | 09/02 | J | | |
| 24. Ohio HSG Mtg Rev Sec C - 4.7% Due 09/01/06 | B | Interest | K | T | | | | | |
| 25. Ohio HSG Mtg Rev Sec C - 4.7% Due 09/01/06 | A | Interest | | | Redemption | 09/02 | J | | |
| 26. Ohio HFA Res Mtg GNMA - 5.55% Due 09/01/07 | A | Interest | J | T | | | | | |
| 27. Ohio HFA Res Mtg GNMA - 5.55% Due 09/01/07 | A | Interest | | | Redemption | 03/03 | J | | |
| 28. Ohio HFA Res Mtg GNMA - 5.55% Due 09/01/07 | A | Interest | | | Redemption | 11/03 | J | | |
| 29. Ohio St WTR CEV Auth - 5.25% Due 06/01/11 | C | Interest | L | T | | | | | |
| 30. Portage Cty Oh MBIA - 5.25% Due 12/01/17 | C | Interest | K | T | | | | | |
| 31. Ohio St Bldg Auth Adult Corr - 5.25% Due 10/01/18 | B | Interest | K | T | | | | | |
| 32. Cuyahoga Cty Oh Hosp Rev - 3.9% Due 01/01/04 | A | Interest | K | T | | | | | |
| 33. Miamisburg Mun Golf Course - 4.3% Due 12/01/04 | B | Interest | K | T | | | | | |
| 34. South Euclid Oh Impr - 4.25% Due 12/01/04 | A | Interest | K | T | | | | | |
| 35. Ohio ST PUB FCS CMM Higher ED - 5% Due 05/01/05 | B | Interest | K | T | | | | | |

1. Income/Gain Codes:    A = $1,000 or less    B = $1,001-$2,500    C = $2,501-$5,000    D = $5,001-$15,000    E = $15,001-$50,000
(See Columns B1 and D4)    F = $50,001-$100,000    G = $100,001-$1,000,000    H1 = $1,000,001-$5,000,000    H2 = More than $5,000,000
2. Value Codes:    J = $15,000 or less    K = $15,001-$50,000    L = $50,001-$100,000    M = $100,001-$250,000
(See Columns C1 and D3)    N = $250,000-$500,000    O = $500,001-$1,000,000    P1 = $1,000,001-$5,000,000    P2 = $5,000,001-$25,000,000
   P3 = $25,000,001-$50,000,000    P4 = $More than $50,000,000
3. Value Method Codes    Q = Appraisal    R = Cost (Real Estate Only)    S = Assessment    T = Cash/Market
(See Column C2)    U = Book Value    V = Other    W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Graham, James L | 5/24/2004 |

## VII. INVESTMENTS and TRUSTS -- income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A -H) | (2) Type (e.g. div. rent. or i | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 36. Dayton Oh Good Samaritan Hosp - 6% Due 12/01/05 | A | Interest | J | T | | | | | |
| 37. Cleveland Oh Cty SD Impr - 6% Due 12/01/06 | B | Interest | K | T | | | | | |
| 38. Amberley OH LT EBD - 4.5% Due 12/01/03 | B | Interest | | | Matured | 12/01 | K | | |
| 39. Mentor OG LT - 4.8% Due 12/01/03 | B | Interest | | | Matured | 12/1 | K | | |
| 40. Capital One Bank CD - 2.1% Due 06/22/05 | | Interest | L | T | Buy | 12/08 | L | | |
| 41. Toledo OH CAP IMPR BD - 4% Due 12/01/18 | A | Interest | K | T | Buy | 07/14 | K | | |
| 42. Newark Oh WTR SYS IMPT - 6.25% Due 12/01/07 | A | Interest | K | T | Buy | 12/12 | K | | |
| 43. The following assets are held by Merrill Lynch as IRA | | | | | | | | | |
| 44. Custodian for James L. Graham: | | | | | | | | | |
| 45. Merrill Lynch Bank USA Money Market Fund | A | Dividend | J | T | | | | | |
| 46. Astropower, Inc. | | None | J | T | | | | | |
| 47. Ballard Power Systems, Inc. | | None | J | T | | | | | |
| 48. Capstone Turbine Corp. | | None | J | T | | | | | |
| 49. Electrosource, Inc. | | None | J | T | | | | | |
| 50. Energy Conversion Devices, Inc. | | None | J | T | | | | | |
| 51. Plug Power, Inc. | | None | J | T | | | | | |
| 52. Red Hat, Inc. | | None | J | T | | | | | |
| 53. VA Software Corp (Formerly VA Linux Systems, Inc.) | | None | J | T | | | | | |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Graham, James L | 5/24/2004 |

## VII. INVESTMENTS and TRUSTS -- income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 54. NASDAQ 100 Mutual Fund | A | Dividend | J | T | | | | | |
| 55. Occidental Petro Corp Note - Due 04/01/03 | A | Interest | | | Matured | 04/03 | J | | |
| 56. Houston Ltg & Pwr Co Note - Due 04/21/03 | A | Interest | | | Matured | 04/21 | K | | |
| 57. Saloman, Inc. Med Term Note - Due 05/15/03 | A | Interest | | | Matured | 05/15 | J | | |
| 58. First Bank USA CD - Due 01/13/03 | B | Interest | | | Matured | 01/13 | K | | |
| 59. MBNA American Bank CD - Due 01/14/03 | B | Interest | | | Matured | 01/14 | L | | |
| 60. Providian National Bank CD - Due 01/12/04 | C | Interest | L | T | | | | | |
| 61. Capital One F.S.B. Va CD - Due 11/29/04 | C | Interest | L | T | | | | | |
| 62. First Bank USA CD - Due 03/01/05 | B | Interest | K | T | | | | | |
| 63. Daimler Chryler NA Note - Due 05/15/05 | C | Interest | L | T | | | | | |
| 64. G.M. Accept Corp Note - Due 11/15/05 | B | Interest | K | T | | | | | |
| 65. Capital One F.S.B. CD - Due 05/30/06 | A | Interest | J | T | | | | | |
| 66. MBNA American Bank CD - Due 05/30/06 | A | Interest | K | T | | | | | |
| 67. Western Bank of P.R. CD - Due 03/12/04 | B | Interest | L | T | Buy | 03/05 | L | | |
| 68. G.M. Accept Corp Note - Due 01/15/05 | B | Interest | K | T | Buy | 01/16 | K | | |
| 69. Ford Motor Credit Note - Due 02/22/05 | C | Interest | K | T | Buy | 02/07 | K | | |
| 70. Ford Motor Credit Note - Due 06/20/06 | B | Interest | K | T | Buy | 06/13 | K | | |
| 71. G.M. Accept Corp Note - Due 06/15/06 | A | Interest | K | T | Buy | 06/19 | K | | |

1. Income/Gain Codes:    A = $1,000 or less    B = $1,001-$2,500    C = $2,501-$5,000    D = $5,001-$15,000    E = $15,001-$50,000
(See Columns B1 and D4)    F = $50,001-$100,000    G = $100,001-$1,000,000    H1 = $1,000,001-$5,000,000    H2 = More than $5,000,000
2. Value Codes:    J = $15,000 or less    K = $15,001-$50,000    L = $50,001-$100,000    M = $100,001-$250,000
(See Columns C1 and D3)    N = $250,000-$500,000    O = $500,001-$1,000,000    P1 = $1,000,001-$5,000,000    P2 = $5,000,001-$25,000,000
   P3 = $25,000,001-$50,000,000    P4 = $More than $50,000,000
3. Value Method Codes    Q = Appraisal    R = Cost (Real Estate Only)    S = Assessment    T = Cash/Market
(See Column C2)    U = Book Value    V = Other    W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Graham, James L | 5/24/2004 |

## VII. INVESTMENTS and TRUSTS  – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month – Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 72. The following assets are held by Merrill Lynch as IRA | | | | | | | | | |
| 73. Custodian for ▓▓▓▓▓▓ | | | | | | | | | |
| 74. Merrill Lynch Bank USA Money Market Fund | A | Interest | K | T | | | | | |
| 75. US Goverment Bonds - Zero Coupon - Due 11/15/03 | A | Interest | | | Matured | 11/15 | K | | |
| 76. Lehman Brothers Bank FSB CD - Due 06/21/04 | B | Interest | K | T | | | | | |
| 77. The following assets are held by Merrill Lynch as a Retail | | | | | | | | | |
| 78. account for ▓▓▓▓▓▓ | | | | | | | | | |
| 79. Merrill Lynch Bank USA Money Market Fund | A | Dividend | J | T | | | | | |
| 80. Eaton Vance OH Tax Exempt Mutual Fund | B | Dividend | K | T | | | | | |
| 81. The following assets are held by Fifth Third Securities, Inc | | | | | | | | | |
| 82. as IRA Custodian For ▓▓▓▓▓▓ | | | | | | | | | |
| 83. AIM Constellation Mutual Fund | A | Dividend | J | T | | | | | |
| 84. The following assets are held by Merrill Lynch in the names | | | | | | | | | |
| 85. of James L. Graham & ▓▓▓▓▓▓ as joint tenants WROS: | | | | | | | | | |
| 86. Merrill Lynch Bank USA Money Market Fund | A | Dividend | J | T | | | | | |
| 87. Notes Receivable-Benevolent Landlord | B | Interest | K | T | | | | | |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15.001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | Graham, James L | 5/24/2004 |

## VIII  ADDITIONAL INFORMATION OR EXPLANATIONS     (Indicate part of Report.)

Part VII, page 1, Line 3: The date of the appraisal was June 30, 1992 with a valuation date of December 22, 1991.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature ███████████████████          Date _May 24, 2004_

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544